UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON HOMEOWNERSHIP RESOURCE CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>DRAGONFLY DEVELOPMENT INC. et al.,<br><br>    Defendants. | CASE NO. 2:24-cv-00226-LK<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Lauren King, United States District Judge:

(1) The Court's stay of this case, Dkt. No. 25, was lifted upon the conclusion of bankruptcy proceedings involving Defendants Dragonfly Development, Inc. and Beau Simensen, *see* 11 U.S.C. § 362(c)(2); Dkt. No. 26 at 1; Dkt. No. 27-1; Dkt. No. 28 at 1.

(2) The Court accordingly ORDERS Plaintiff Washington Homeownership Resource Center to SHOW CAUSE by September 24, 2024, why Mr. Simensen should not

MINUTE ORDER - 1

be dismissed from this case pursuant to 11 U.S.C. § 524(a)(2). *See In re Simensen*, No. 3-24-10720-rmb, Dkt. Nos. 10, 44 (Bankr. W.D. Wisc. Aug. 16, 2024).

(3) The Clerk is directed to forward a copy of this Order to all counsel and parties of record.

Dated this 10th day of September, 2024.

Ravi Subramanian
Clerk

/s/Natalie Wood
Deputy Clerk

MINUTE ORDER - 2